**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000012**
**27-JUL-2026**
**08:07 AM**
**Dkt. 71 OAWST**

NO. CAAP-25-0000012

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MAUI TOMORROW FOUNDATION, INC., a domestic non-profit organization; and HOʻOPONOPONO O MĀKENA, a domestic non-profit organization, Plaintiffs-Appellants, v.
DEPARTMENT OF LAND AND NATURAL RESOURCES, Division of State Parks, State of Hawaiʻi; and CHAIRPERSON, BOARD OF LAND AND NATURAL RESOURCES, State of Hawaiʻi, Defendants-Appellees, and DOES 1-27, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-23-0000007)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the *Parties' Stipulation for Dismissal of Appeal*, filed on July 23, 2026, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

Dated: Honolulu, Hawaiʻi, July 27, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge